UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 15bk04924 |
| MELVIN SCHROEDER | ) | |
| KAREN SCHROEDER | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Honorable Timothy A. Barnes |
| | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO LAW OFFICES OF WILLIAM J. FACTOR, LTD., ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 17,920.00 | TOTAL COSTS REQUESTED: | $ 199.40 |
| TOTAL FEES REDUCED: | $ 1,078.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 16,842.00 | TOTAL COSTS ALLOWED: | $ 199.40 |

**TOTAL FEES AND COSTS ALLOWED: $ 17,041.40**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is the same and is explained below.

**(1)  Improper Time Increments for Billing – TOTAL of disallowed amounts (10% of affected entries): $ 1,078.00**

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987) (Schmetterer, J.). This penalty will be imposed where time increments larger than one-tenth of an hour are being used.

In this case, $10,780, or 60.16% of the application, was for time entries in 0.5 hour increments. This cannot be a coincidence.

Dated: October 28, 2015

                                    _____
                                    Timothy A. Barnes
                                    United States Bankruptcy Judge

In re:
Melvin and Karen Schroeder,

Chapter 7
Bankruptcy No. 15-04924
Honorable Timothy A. Barnes

| Date | Lwyr | Task | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|---|
| 6/2/2015 | ZZ | Administration | 0.50 | $350 | $175.00 | Conference call with Trustee regarding steps to liquidate property, and her notes from 341 meeting |
| 7/23/2015 | AH | Administration | 0.30 | $250 | $75.00 | Communicate with Alan Lasko related to tax issues and his employment of A. Lasko. |
| | | | 0.80 | | $250.00 | |
| 7/31/2015 | ZZ | Claims | 0.50 | $350 | $175.00 | Review tax documents related to potential $200K sale of the real estate |
| 9/25/2015 | ZZ | Claims | 0.50 | $350 | $175.00 | Prepare detailed memo to Alan Lasko related to sale of real estate and potential tax allocations |
| 9/30/2015 | ZZ | Claims | 1.50 | $350 | $525.00 | Review Claims and prepare report for trustee and accountant related to scope of claims, and priority claims. |
| | | | 2.50 | | $875.00 | |
| 6/2/2015 | AH | Retention and Fee Applications | 0.60 | $250 | $150.00 | Draft motion to employ the Law Office of William J. Factor, Ltd., declaration and proposed order. |
| 7/22/2015 | AH | Retention and Fee Applications | 1.70 | $250 | $425.00 | Review proposed listing agreement (.5). Draft broker declaration and listing agreement rider (.7). Draft letter to T. Bonner regarding listing agreement and employment (.4). |

1

In re:
Melvin and Karen Schroeder,

Chapter 7
Bankruptcy No. 15-04924
Honorable Timothy A. Barnes

| Date | Lwyr | Task | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|---|
| 7/23/2015 | AH | Retention and Fee Applications | 0.60 | $250 | $150.00 | Draft motion to employ FactorLaw. |
| 7/23/2015 | AH | Retention and Fee Applications | 0.50 | $250 | $125.00 | Communicate with T. Bonner regarding employment declaration and fee sharing agreement (.2); Revise and resend declaration related to fee sharing (.3) |
| 7/24/2015 | AH | Retention and Fee Applications | 0.40 | $250 | $100.00 | Review and revise motion to employ FactorLaw. |
| 7/24/2015 | AH | Retention and Fee Applications | 0.50 | $250 | $125.00 | Draft motion to employ accountant A. Lasko. |
| 7/24/2015 | AH | Retention and Fee Applications | 1.00 | $250 | $250.00 | Draft motion to employ real estate broker. |
| 7/27/2015 | AH | Retention and Fee Applications | 0.30 | $250 | $75.00 | Prepare amended notice of motion to employ FactorLaw and A. Lasko. |
| 8/11/2015 | ZZ | Retention and Fee Applications | 1.00 | $350 | $350.00 | Prepare for and attend hearing on motion to retain broker (1.0); |
| 9/29/2015 | ZZ | Retention and Fee Applications | 3.00 | $350 | $1,050.00 | Review and revise fee detail (1.5); draft first interim fee application (1.5) |
| | | | 9.60 | | $2,800.00 | |

2

In re:
Melvin and Karen Schroeder,

Chapter 7
Bankruptcy No. 15-04924
Honorable Timothy A. Barnes

| Date | Lwyr | Task | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|---|
| 6/3/2015 | ZZ | Sale of Real Estate | 1.00 | $350 | $350.00 | Review real estate documents for texas real estate |
| 6/15/2015 | AH | Sale of Real Estate | 0.50 | $250 | $125.00 | Communicate M. Stoner regarding texas real estate and request for additional details. |
| 6/17/2015 | ZZ | Sale of Real Estate | 0.50 | $350 | $175.00 | conference call with broker related to potential sale of real estate |
| 6/17/2015 | AH | Sale of Real Estate | 0.50 | $250 | $125.00 | Conference call with TX brokers. |
| 6/19/2015 | ZZ | Sale of Real Estate | 0.30 | $350 | $105.00 | review details related to texas real estate. |
| 7/23/2015 | ZZ | Sale of Real Estate | 1.70 | $350 | $595.00 | Review preliminary contract to purchase real estate (1.1); conference call with Trey Bonner related to scope of services and potential alternative buyers form the real estate (.4); prepare status memo to Miriam stein related to sale process (.2). |
| 7/24/2015 | ZZ | Sale of Real Estate | 2.60 | $350 | $910.00 | Prepare rider to real estate contract (1.0); review and revise section of sale contract (.5); telephone call with Title Company related to title work necessary to provide notice of sale of real estate (.5); communicate with Buyer's attorney related to status of sale and the process going foward (.3); telephone call with Trustee related to sale process and other details (.3). |

3

In re:
Melvin and Karen Schroeder,
Chapter 7
Bankruptcy No. 15-04924
Honorable Timothy A. Barnes

| Date | Lwyr | Task | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|---|
| 7/26/2015 | ZZ | Sale of Real Estate | 2.00 | $350 | $700.00 | Review signed contract (1.5); prepare client memo related to steps going forward on the sale (.3); communicate with Debtor's attorney related to basis for sale (.2) |
| 7/28/2015 | ZZ | Sale of Real Estate | 0.30 | $350 | $105.00 | Review and respond to escrow company regarding status of contract, and receipt of earnest money deposit |
| 8/3/2015 | ZZ | Sale of Real Estate | 3.50 | $350 | $1,225.00 | Review probate documents related to transfer of real estate, review details from sale and transfer of real estate from 1909 to current date to confirm current ownership rights in the real estate (1.8); review title commitment and request from title company related to requirements to be disclosed in motion to approve sale and related documents (.7); draft motion to approve sale free and clear of liens (.5); review and confirm release of liens and encumbrances request under title documents (.3); draft status memo to Miriam Stein related to open issues on the transfer of real estate (.2) |
| 8/4/2015 | ZZ | Sale of Real Estate | 2.00 | $350 | $700.00 | Review and revise motion to approve sale of real estate free and clear of liens and encumbrances |

4

In re:
Melvin and Karen Schroeder,

Chapter 7
Bankruptcy No. 15-04924
Honorable Timothy A. Barnes

| Date | Lwyr | Task | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|---|
| 8/10/2015 | ZZ | Sale of Real Estate | 0.50 | $350 | $175.00 | Review revised contract to purchase real estate (.3); communicate with Broker related to ordering title report and steps to close on the sale of the real estate (.2). |
| 8/11/2015 | ZZ | Sale of Real Estate | 3.30 | $350 | $1,155.00 | Review title report from Alamo Title Insurance, and prepare follow-up check for clear to close issues (2.0); Draft motion to approve sale of real estate (2.0); Review and update amendments to sales contract (.4); telephone call with Broker regarding unrecorded lease on the property and relationshp to the purchaser and "survey" issues (.5); review service issues as required under Bankruptcy Rule 6004 (.4). |
| 8/11/2015 | ZZ | Sale of Real Estate | 1.00 | $350 | $350.00 | Prepare for and appear in court on motion to approve sale |
| 8/11/2015 | ZZ | Sale of Real Estate | 0.30 | $350 | $105.00 | Review and discuss with buyer checklist items for purchase of real estate including transfer forms, tax disclosure forms, and survey documents |
| 8/11/2015 | AH | Sale of Real Estate | 0.50 | $250 | $125.00 | Review and provide comments on initial title report |
| 8/12/2015 | AH | Sale of Real Estate | 0.30 | $250 | $75.00 | communicate T. Bonner regarding release of earnest money and change of title company, and review amended contract. |

5

In re:
Melvin and Karen Schroeder,

Chapter 7
Bankruptcy No. 15-04924
Honorable Timothy A. Barnes

| Date | Lwyr | Task | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|---|
| 8/17/2015 | ZZ | Sale of Real Estate | 3.60 | $350 | $1,260.00 | Revise Sale Motion (1.5); review and revise Sale Agreement (.5); review Real Estate and probate records related to transfer of the Real Estate (1.6) |
| 8/17/2015 | ZZ | Sale of Real Estate | 0.40 | $350 | $140.00 | Review and sign modifications to the sale contract |
| 8/18/2015 | ZZ | Sale of Real Estate | 1.30 | $350 | $455.00 | Draft motion to approve sale (1.0); telephone call with Trustee regarding steps to close on the sale (.3); |
| 8/26/2015 | ZZ | Sale of Real Estate | 0.30 | $350 | $105.00 | Review and sign amendment to sale contract |
| 8/26/2015 | ZZ | Sale of Real Estate | 3.50 | $350 | $1,225.00 | Review standards for trustee's deed in Texas, and draft texas real estate transfer documents (3; draft memo to title company regarding open issues on the real estate closing (.3); telephone call with real estate closer on open issues for closing (.2). |
| 8/28/2015 | ZZ | Sale of Real Estate | 2.00 | $350 | $700.00 | Review and revise final closing documents (1.6); prepare memo to client related to changes to closing and direction to sign documents (.4) |
| 8/28/2015 | ZZ | Sale of Real Estate | 0.30 | $350 | $105.00 | Review and sign amendment to real estate document |

6

In re:
Melvin and Karen Schroeder,

Chapter 7
Bankruptcy No. 15-04924
Honorable Timothy A. Barnes

| Date | Lwyr | Task | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|---|
| 8/31/2015 | ZZ | Sale of Real Estate | 3.20 | $350 | $1,120.00 | Review and finalize closing documents for the Miriam Stein to sign (2.0); meeting with Miriam Stein to go over closing documents for her signature (.8); prepare brief memo on tax implications for sale of real estate for the accountant to determine potential income tax issues (.4). |
| 9/3/2015 | ZZ | Sale of Real Estate | 1.80 | $350 | $630.00 | Review and draft motion to amend sale order (1.5); telephone call with title company on issues related to amend sale order (.3) |
| 9/10/2015 | ZZ | Sale of Real Estate | 0.30 | $350 | $105.00 | Review and sign amended to sale contract |
| 9/16/2015 | ZZ | Sale of Real Estate | 0.40 | $350 | $140.00 | Review and confirm amended sale order (.2); draft memo to title company confirming amended sale order and amended closing date (.2). |
| 9/17/2015 | ZZ | Sale of Real Estate | 0.30 | $350 | $105.00 | telephone call with title company related to final closing documents |
| 9/21/2015 | ZZ | Sale of Real Estate | 0.40 | $350 | $140.00 | Review closing documents from Title Company (.2); communicate with title company related to open issues from the closing (.2) |

7

In re:
Melvin and Karen Schroeder,
Chapter 7
Bankruptcy No. 15-04924
Honorable Timothy A. Barnes

| Date | Lwyr | Task | Hours | Rate | Amount | Explanation |
|---|---|---|---|---|---|---|
| 9/25/2015 | ZZ | Sale of Real Estate | 1.90 | $350 | $665.00 | Review final closing documents (.6); prepare detailed allocation for sale of Texas real estate (1); telephone call with Trustee related to sale of real estate (.3). |
| | | | 40.50 | | $13,995.00 | |
| Total Hours | 53.40 | | | | | |
| Total Amount | $17,920.00 | | | | | |
| Average Hourly | $335.58 | | | | | |

8