# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
MELVIN H SCHROEDER § Case No. 15-04924
KAREN B SCHROEDER §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/14/2015 . The undersigned trustee was appointed on 02/14/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    220,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 63,901.00 |
   | Bank service fees | 843.13 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]         $    155,255.87

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  09/09/2015  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 14,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 14,250.00 , for a total compensation of $ 14,250.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 02/25/2016                By:/s/Miriam R. Stein
                                    Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-04924 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | Miriam R. Stein |
|---|---|---|---|---|---|---|
| Case Name: | MELVIN H SCHROEDER | | | | Date Filed (f) or Converted (c): | 02/14/2015 (f) |
| | KAREN B SCHROEDER | | | | 341(a) Meeting Date: | 03/18/2015 |
| For Period Ending: | 02/25/2016 | | | | Claims Bar Date: | 09/09/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4137 W. 100TH STREET OAK LAWN, IL 60453 | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. E. YEAMANS AB419 OAP RANCH ROAD TEXAS | 50,000.00 | 50,000.00 | | 220,000.00 | FA |
| 3. CASH | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT AT FIRST MIDWEST BANK | 522.63 | 522.63 | | 0.00 | FA |
| 5. SAVINGS ACCOUNT AT TCF BANK | 125.00 | 0.00 | | 0.00 | FA |
| 6. USED KITCHEN, LIVING ROOM, AND BEDROOM FURNITURE | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. USED KITCHEN APPLIANCES | 800.00 | 0.00 | | 0.00 | FA |
| 8. USED MENS AND WOMENS CLOTHING | 400.00 | 0.00 | | 0.00 | FA |
| 9. USED WEDDING BANDS | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. 40 YEAR OLD KONICA CAMERA AND LENSES | 50.00 | 0.00 | | 0.00 | FA |
| 11. LIFE INSURANCE POLICY IN THE NAME OF KAREN SCHRODER -- HUSBA | 1,066.70 | 0.00 | | 0.00 | FA |
| 12. 1000 SHARES OF KAREN'S, INC. -- FORMER BUSINESS OF DEBTOR'S; | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2001 CHEVROLET SILVERADO PICKUP TRUCK | 3,000.00 | 0.00 | | 0.00 | FA |
| 14. 2005 CHEVROLET EQUINOX | 4,000.00 | 0.00 | | 0.00 | FA |
| 15. USED OFFICE EQUIPMENT FROM KAREN'S HALLMARK, INC. | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $264,464.33 | $50,522.63 | | $220,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

THE TRUSTEE's ACCOUNTANT IS CURRENTLY PREPARING TAX RETURNS.

Exhibit A

Initial Projected Date of Final Report (TFR): 05/31/2016        Current Projected Date of Final Report (TFR): 05/31/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-04924 | Trustee Name: | Miriam R. Stein |
|---|---|---|---|
| Case Name: | MELVIN H SCHROEDER<br>KAREN B SCHROEDER | Bank Name:<br>Account Number/CD#: | Associated Bank<br>XXXXXX8697<br>Checking |
| Taxpayer ID No: | XX-XXX3463 | Blanket Bond (per case limit): | |
| For Period Ending: | 02/25/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/25/15 | | Bay city Abstract and Title Company<br>2021 Avenue G<br>Bay city, TX 77414 | Sale of real estate | | $195,776.40 | | $195,776.40 |
| | | | Gross Receipts $220,000.00 | | | | |
| | | | Brokers Commission ($22,000.00) | 3510-000 | | | |
| | | Bay City Abstract & Title Co. | Real Estate Taxes ($388.60) | 2820-000 | | | |
| | | Bay City Abstract & Title Co.<br>2021 Avenue G<br>bay City, TX 77414 | Title Charges and Fees ($1,835.00) | 2500-000 | | | |
| | 2 | | E. YEAMANS AB419 OAP RANCH ROAD TEXAS $220,000.00 | 1110-000 | | | |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.16 | $195,748.24 |
| 10/29/15 | 101 | Law Offices of William J. Factor, Ltd.<br>Attn: Zane Zielinsky<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Professional Fees Approved by Court | | | $17,041.40 | $178,706.84 |
| | | Law Offices of William J. Factor Ltd. | ($16,842.00) | 3210-000 | | | |
| | | Law Offices of William J. Factor Ltd. | ($199.40) | 3220-000 | | | |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $290.95 | $178,415.89 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $259.15 | $178,156.74 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $264.87 | $177,891.87 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $195,776.40    $17,884.53

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 15-04924 | Trustee Name: | Miriam R. Stein |
| Case Name: MELVIN H SCHROEDER | Bank Name: | Associated Bank |
| KAREN B SCHROEDER | Account Number/CD#: | XXXXXX8697 |
| | | Checking |
| Taxpayer ID No: XX-XXX3463 | Blanket Bond (per case limit): | |
| For Period Ending: 02/25/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/01/16 | 102 | U.S. Treasury<br>Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | Capital Gains Tax<br>Note - issues with system.<br>Needed to re-boot and attempt to print several times before successful. | 2810-000 | | $15,484.00 | $162,407.87 |
| 02/01/16 | 103 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, IL 62794-9053 | Capital Gains Tax<br>Note - issues with system.<br>Needed to re-boot and attempt to print several times before successful. | 2820-000 | | $7,152.00 | $155,255.87 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $195,776.40 | $40,520.53 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $195,776.40 | $40,520.53 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $195,776.40 | $40,520.53 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*          Page Subtotals:          $0.00          $22,636.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8697 - Checking | $195,776.40 | $40,520.53 | $155,255.87 |
|  | $195,776.40 | $40,520.53 | $155,255.87 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $24,223.60 |
| Total Net Deposits: | $195,776.40 |
| Total Gross Receipts: | $220,000.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 15-04924  
Debtor Name: MELVIN H SCHROEDER  
Claims Bar Date: 9/9/2015  
Date: February 25, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Administrative | | $0.00 | $14,250.00 | $14,250.00 |
| 100 3210 | Law Offices of William J. Factor Ltd. | Administrative | | $0.00 | $16,842.00 | $16,842.00 |
| 100 3220 | Law Offices of William J. Factor Ltd. | Administrative | | $0.00 | $199.40 | $199.40 |
| 100 3410 | Alan D. Lasko & Associates P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $2,930.50 | $2,930.50 |
| 100 3420 | Alan D. Lasko & Associates P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $20.84 | $20.84 |
| 13 280 5800 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Priority | | $0.00 | $56,086.69 | $56,086.69 |
| 1 300 7100 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $11,457.16 | $11,457.16 |
| 2 300 7100 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $14,756.55 | $14,756.55 |
| 3 300 7100 | PYOD LLC<br>as assignee of<br>Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $19,773.40 | $19,773.40 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-04924  
Debtor Name: MELVIN H SCHROEDER  
Claims Bar Date: 9/9/2015  

Date: February 25, 2016

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4 300 7100 | First National Bank Of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Unsecured | | $0.00 | $11,192.69 | $11,192.69 |
| 5 300 7100 | AIMIA PROPERTY LOYALTY<br>C/O ROSMAN ADJUSTMENT<br>POB 1241<br>NORTH BROOK, IL 60065 | Unsecured | | $0.00 | $1,583.32 | $1,583.32 |
| 6 300 7100 | WELLS FARGO BANK N.A.<br>WELLS FARGO BANK, N.A.<br>PO BOX 10438<br>DES MOINES, IA 50306-0438 | Unsecured | | $0.00 | $3,619.52 | $3,619.52 |
| 7 300 7100 | CAPITAL ONE BANK USA, N.A.<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $8,502.44 | $8,502.44 |
| 8 300 7100 | CAPITAL ONE BANK USA, N.A.<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $720.60 | $720.60 |
| 9 300 7100 | AMERICAN EXPRESS BANK<br>AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $24,259.04 | $24,259.04 |
| 10 300 7100 | AMERICAN EXPRESS BANK<br>AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $10,931.27 | $10,931.27 |
| 11 300 7100 | CAPITAL ONE N.A.<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $242.20 | $242.20 |
| 12 300 7100 | FW IL-STONEBROOK PLAZA, LLC C/O<br>REGENCY CENTERS, L.P.<br>ONE INDEPENDENT DRIVE, SUITE 114<br>JACKSONVILLE, FLORIDA 32202 | Unsecured | | $0.00 | $175,629.89 | $175,629.89 |

Page 2                                                                                   Printed: February 25, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-04924  
Debtor Name: MELVIN H SCHROEDER  
Claims Bar Date: 9/9/2015  
Date: February 25, 2016

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 13U 300 7100 | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE P O BOX 7346 PHILADELPHIA, PA 19101-7346 | Unsecured | | $0.00 | $2,276.00 | $2,276.00 |
| 14 300 7100 | CAVALRY SPV I, LLC ASSIGNEE OF CAPITAL ONE, N.A. BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL ROAD, SUITE #200 TUCSON, AZ 85712 | Unsecured | | $0.00 | $3,482.99 | $3,482.99 |
| 15 300 7100 | AMERICAN EXPRESS BANK AMERICAN EXPRESS BANK, FSB C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $8,646.51 | $8,646.51 |
| 16 300 7100 | ENESCO, LLC 225 WINDSOR DRIVE ITASCA, IL 60143 | Unsecured | | $0.00 | $1,214.84 | $1,214.84 |
| 17 300 7100 | Capital Recovery V, Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Unsecured | | $0.00 | $9,037.91 | $9,037.91 |
| 18 300 7100 | CITIBANK, N.A. C/O AMERICAN INFOSOURCE LP PO BOX 248840 OKLAHOMA CITY, OK 73124-8840 | Unsecured | | $0.00 | $21,005.70 | $21,005.70 |
| 19 300 7100 | SYNCHRONY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE SUITE 1120 MIAMI FL 33131-1605 | Unsecured | | $0.00 | $2,194.91 | $2,194.91 |
| | Case Totals | | | $0.00 | $420,856.37 | $420,856.37 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Case 15-04924    Doc 41    Filed 03/07/16    Entered 03/07/16 10:49:02    Desc Main
              Document      Page 11 of 14

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-04924
Case Name: MELVIN H SCHROEDER
           KAREN B SCHROEDER
Trustee Name: Miriam R. Stein

| | |
|---|---:|
| Balance on hand | $ 155,255.87 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Miriam R. Stein | $ 14,250.00 | $ 0.00 | $ 14,250.00 |
| Attorney for Trustee Fees: Law Offices of William J. Factor Ltd. | $ 16,842.00 | $ 16,842.00 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P. C. | $ 2,930.50 | $ 0.00 | $ 2,930.50 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P. C. | $ 20.84 | $ 0.00 | $ 20.84 |
| Other: Law Offices of William J. Factor Ltd. | $ 199.40 | $ 199.40 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 17,201.34 |
| Remaining Balance | $ 138,054.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 56,086.69  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE | $ 56,086.69 | $ 0.00 | $ 56,086.69 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 56,086.69 |
| Remaining Balance | $ 81,967.84 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 330,526.94  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 11,457.16 | $ 0.00 | $ 2,841.28 |
| 2 | DISCOVER BANK | $ 14,756.55 | $ 0.00 | $ 3,659.50 |
| 3 | PYOD LLC | $ 19,773.40 | $ 0.00 | $ 4,903.63 |
| 4 | First National Bank Of Omaha | $ 11,192.69 | $ 0.00 | $ 2,775.69 |
| 5 | AIMIA PROPERTY LOYALTY | $ 1,583.32 | $ 0.00 | $ 392.65 |
| 6 | WELLS FARGO BANK N.A. | $ 3,619.52 | $ 0.00 | $ 897.61 |
| 7 | CAPITAL ONE BANK USA, N.A. | $ 8,502.44 | $ 0.00 | $ 2,108.53 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 8 | CAPITAL ONE BANK USA, N.A. | $ 720.60 | $ 0.00 | $ 178.70 |
| 9 | AMERICAN EXPRESS BANK | $ 24,259.04 | $ 0.00 | $ 6,016.03 |
| 10 | AMERICAN EXPRESS BANK | $ 10,931.27 | $ 0.00 | $ 2,710.86 |
| 11 | CAPITAL ONE N.A. | $ 242.20 | $ 0.00 | $ 60.06 |
| 12 | FW IL-STONEBROOK PLAZA, LLC C/O | $ 175,629.89 | $ 0.00 | $ 43,554.70 |
| 13U | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE | $ 2,276.00 | $ 0.00 | $ 564.43 |
| 14 | CAVALRY SPV I, LLC | $ 3,482.99 | $ 0.00 | $ 863.75 |
| 15 | AMERICAN EXPRESS BANK | $ 8,646.51 | $ 0.00 | $ 2,144.26 |
| 16 | ENESCO, LLC | $ 1,214.84 | $ 0.00 | $ 301.27 |
| 17 | Capital Recovery V, Llc | $ 9,037.91 | $ 0.00 | $ 2,241.32 |
| 18 | CITIBANK, N.A. | $ 21,005.70 | $ 0.00 | $ 5,209.24 |
| 19 | SYNCHRONY BANK | $ 2,194.91 | $ 0.00 | $ 544.33 |

Total to be paid to timely general unsecured creditors     $     81,967.84

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE