**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MELVIN H SCHROEDER | § | Case No. 15-04924 |
| KAREN B SCHROEDER | § | |
| | § | |
| | § | |
| Debtors | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Miriam R. Stein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/06/2016 in Courtroom 613 (Judge Barnes),
Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/07/2016        By: /s/ Miriam R. Stein
                                                                  Chapter 7 Trustee

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL  60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
 §
MELVIN H SCHROEDER  §  Case No. 15-04924
KAREN B SCHROEDER  §
 §
 §
Debtors  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 220,000.00 |
| and approved disbursements of | $ | 64,744.13 |
| leaving a balance on hand of[1] | $ | 155,255.87 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Miriam R. Stein | $ 14,250.00 | $ 0.00 | $ 14,250.00 |
| Attorney for Trustee Fees: Law Offices of William J. Factor Ltd. | $ 16,842.00 | $ 16,842.00 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P. C. | $ 2,930.50 | $ 0.00 | $ 2,930.50 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P. C. | $ 20.84 | $ 0.00 | $ 20.84 |
| Other: Law Offices of William J. Factor Ltd. | $ 199.40 | $ 199.40 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 17,201.34 |
| Remaining Balance | | $ | 138,054.53 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 56,086.69 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE | $ 56,086.69 | $ 0.00 | $ 56,086.69 |
| | Total to be paid to priority creditors | | $ | 56,086.69 |
| | Remaining Balance | | $ | 81,967.84 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 330,526.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 11,457.16 | $ 0.00 | $ 2,841.28 |
| 2 | DISCOVER BANK | $ 14,756.55 | $ 0.00 | $ 3,659.50 |
| 3 | PYOD LLC | $ 19,773.40 | $ 0.00 | $ 4,903.63 |
| 4 | First National Bank Of Omaha | $ 11,192.69 | $ 0.00 | $ 2,775.69 |
| 5 | AIMIA PROPERTY LOYALTY | $ 1,583.32 | $ 0.00 | $ 392.65 |
| 6 | WELLS FARGO BANK N.A. | $ 3,619.52 | $ 0.00 | $ 897.61 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | CAPITAL ONE BANK USA, N.A. | $ 8,502.44 | $ 0.00 | $ 2,108.53 |
| 8 | CAPITAL ONE BANK USA, N.A. | $ 720.60 | $ 0.00 | $ 178.70 |
| 9 | AMERICAN EXPRESS BANK | $ 24,259.04 | $ 0.00 | $ 6,016.03 |
| 10 | AMERICAN EXPRESS BANK | $ 10,931.27 | $ 0.00 | $ 2,710.86 |
| 11 | CAPITAL ONE | $ 242.20 | $ 0.00 | $ 60.06 |
| 12 | FW IL-STONEBROOK PLAZA, LLC C/O | $ 175,629.89 | $ 0.00 | $ 43,554.70 |
| 13U | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE | $ 2,276.00 | $ 0.00 | $ 564.43 |
| 14 | CAVALRY SPV I, LLC | $ 3,482.99 | $ 0.00 | $ 863.75 |
| 15 | AMERICAN EXPRESS BANK | $ 8,646.51 | $ 0.00 | $ 2,144.26 |
| 16 | ENESCO, LLC | $ 1,214.84 | $ 0.00 | $ 301.27 |
| 17 | Capital Recovery V, Llc | $ 9,037.91 | $ 0.00 | $ 2,241.32 |
| 18 | CITIBANK, N.A. | $ 21,005.70 | $ 0.00 | $ 5,209.24 |
| 19 | SYNCHRONY BANK | $ 2,194.91 | $ 0.00 | $ 544.33 |

Total to be paid to timely general unsecured creditors         $         81,967.84

Remaining Balance         $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Miriam R. Stein
Chapter 7 Trustee

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL  60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 15-04924-TAB
Melvin H Schroeder                                                       Chapter 7
Karen B Schroeder
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: rgreen                 Page 1 of 2              Date Rcvd: Mar 07, 2016
                               Form ID: pdf006              Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2016.
```
db/jdb         +Melvin H Schroeder,    Karen B Schroeder,    4137 W. 100th Street,    Oak Lawn, IL 60453-3569
aty            +William J Factor,    Law Office of William J Factor, Ltd.,    105 W. Madison, Suite 1500,
                 Chicago, IL 60602-4602
23444297       +AIMIA Property Loyalty,    c/o Rosman Adjustment,    POB 1241,    North Brook, IL 60065-1241
22928643       +African American Expressions,    10266 Rockingham Drive,    Sacramento, CA 95827-2515
22928644       +Aimia Property Loyalty US Inc.,    P.O. Box 1247,    Northbrook, IL 60065-1247
22928645       +American Express,    Po Box 3001,   16 General Warren Blvd,    Malvern, PA 19355-1245
23472607        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22928647       +Bank Of America,    P.O. Box 15796,   Attention: Bankrukptcy Department,
                 Wilmington, DE 19886-5796
22928648       +Barbour Publishing, Inc.,    P.O. Box 719,    Uhrichsville, OH 44683-0719
22928649       +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
22928655      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
22928675      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Staples,    P.O. Box 689020,    Des Moines, IA 50368)
22928650       +Capital 1 Bank,    Attn: General Correspondence,    Po Box 30285,    Salt Lake City, UT 84130-0285
22928651       #+Capital One / Menard,    Po Box 5253,    Carol Stream, IL 60197-5253
23458816        Capital One Bank (USA), N.A.,    American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
23473639        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23531216       +Cavalry Spv I, LLC,    Assignee of Capital One, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
22928653       +Chase,    P.O. Box 15123,    Wilmington, DE 19850-5123
22928652        Chase,    Po Box 24696,    Columbus, OH 43224-0696
22928654       +Chase Bank Usa, Na,    Po Box 15298,    Wilmington, DE 19850-5298
22928656       +Colors By Design,    2029 Verdugo Blvd., #723,    Montrose, CA 91020-1626
22928658       +D & D Distributing,    14615 C Street S,    Tacoma, WA 98444-4571
22928659       +Dearfoams,    13405 Yarmouth Drive,    Pickerington, OH 43147-8493
22928662       +Emesco, LLC,    225 Windsor Drive,    Itasca, IL 60143-1200
23584074       +Enesco, LLC,    225 Windsor Drive,    Itasca, IL 60143-1225
23485901       +FW IL-Stonebrook Plaza, LLC c/o,    Regency Centers, L.P.,    One Independent Drive, Suite 114,
                 Jacksonville, Florida 32202-5005
23012720       +FW Il-Stonebrook Plaza, LLC,    c/o Robert G Higgins,    200 West Adams Street,    Suite 2220,
                 Chicago, Illinois 60606-5231
22928663       +First Bankcard,    P.O. Box 2818,    Omaha, NE 68103-2818
23407111       +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
22928665       +Internal Revenue Service,    14479 John Humphrey Drive,    Orland Park, IL 60462-6299
22928666       +JP Morgan Chase Bank,    712 Main St., #7F,    Houston, TX 77002-3231
22928667       +JTRS Wholesale,    3965 Park Ave., #400,    Saint Louis, MO 63110-2368
22928669       +Lamar Creations, Inc.,    6502 NW 16th Street,    Plantation, FL 33313-4527
22928672       +Roman, Inc.,    472 Brighton Drive,    Bloomingdale, IL 60108-3100
22928673       +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
22928676       #+Tcf Mortgage Corporati,    Attn: Legal Dept,    801 Marquette Ave,    Minneapolis, MN 55402-3475
22928677       +The Hartford,    77 Hartland St., #401,    East Hartford, CT 06108-3253
23451439        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
22928678       +Wf Health Ad,    Po Box 94498,    Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22928642       +E-mail/Text: mrosner@1stmerchantfunding.com Mar 08 2016 01:20:28      1st Merchant Funding,
                 10800 Biscayne Blvd, Penthouse,    Miami, FL 33161-7492
22928646       +E-mail/Text: g17768@att.com Mar 08 2016 01:18:34      AT&T,   Attn: Bankruptcy Dept.,
                 PO Box 5080,    Carol Stream, IL 60197-5080
23622483        E-mail/PDF: rmscedi@recoverycorp.com Mar 08 2016 01:24:53      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
23655520        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 08 2016 01:31:03      Citibank, N.A.,
                 c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK  73124-8840
23501468        E-mail/Text: cio.bncmail@irs.gov Mar 08 2016 01:18:56
                 Department of Treasury  Internal Revenue Service,    P O Box 7346,
                 Philadelphia, PA  19101-7346
23385910        E-mail/Text: mrdiscen@discover.com Mar 08 2016 01:18:31      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
22928661        E-mail/Text: mrdiscen@discover.com Mar 08 2016 01:18:31      Discover Fin Svcs Llc,
                 Po Box15316,    Wilmington, DE 19850-5316
22928660       +E-mail/Text: mrdiscen@discover.com Mar 08 2016 01:18:31      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
22928664       +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2016 01:03:30      GECRB / JC Penney,
                 Attn: Bankruptcy Dept,    Po Box 103104,    Roswell, GA 30076-9104
22928668       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 08 2016 01:18:46      Kohls/capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
22928670       +E-mail/Text: sbordonaro@melissaanddoug.com Mar 08 2016 01:21:03      Melissa & Doug, LLC,
                 P.O. Box590,    Westport, CT 06881-0590
```

```
District/off: 0752-1          User: rgreen              Page 2 of 2              Date Rcvd: Mar 07, 2016
                              Form ID: pdf006           Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
23403238      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 08 2016 01:25:19      PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22928671      +E-mail/Text: sheila.wood@preciousmoments.com Mar 08 2016 01:19:00      Precious Moments, Inc.,
               P.O. Box 843205,    Kansas City, MO 64184-3205
23656451       E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2016 01:03:20      Synchrony Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                             TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22928657        Crown Mac
23472608*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23534375*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22928674*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Shell Oil / Citibank,    Attn: Centralized  Bankruptcy,
                Po Box 20363,    Kansas City, MO 64195)
                                                                                           TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2016 at the address(es) listed below:
```
              Ariane  Holtschlag    on behalf of Trustee Miriam R Stein aholtschlag@wfactorlaw.com,
               bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
              Eric G Zelazny    on behalf of Debtor 1 Melvin H Schroeder Eric@lwslaw.com
              Eric G Zelazny    on behalf of Debtor 2 Karen B Schroeder Eric@lwslaw.com
              Miriam R Stein    on behalf of Accountant Alan D Lasko mstein@chuhak.com,
               dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com
              Miriam R Stein    mstein@chuhak.com,
               dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert G Higgins    on behalf of Creditor   FW IL-Stonebrook Plaza, LLC
               rhiggins@higginsattorney.com
              Zane L Zielinski    on behalf of Trustee Miriam R Stein trustee@zanezielinski.com,
               nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
              Zane L Zielinski    on behalf of Debtor 1 Melvin H Schroeder trustee@zanezielinski.com,
               nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
                                                                                             TOTAL: 9
```