UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                               §
                                     §
                                     §
MELVIN H SCHROEDER                   §    Case No. 15-04924
KAREN B SCHROEDER                    §
                                     §
                                     §
_____Debtors_____    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 200,522.63<br>*(Without deducting any secured claims)* | Assets Exempt: 13,941.70 |
| Total Distributions to Claimants:  137,661.88 | Claims Discharged<br>Without Payment:  948,419.21 |
| Total Expenses of Administration:  82,338.12 | |

  3) Total gross receipts of $ 220,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 220,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 211,186.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 82,338.12 | 82,338.12 | 82,338.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 23,800.00 | 56,086.69 | 56,086.69 | 56,086.69 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 605,251.36 | 330,526.94 | 330,526.94 | 81,575.19 |
| **TOTAL DISBURSEMENTS** | $ 840,237.36 | $ 468,951.75 | $ 468,951.75 | $ 220,000.00 |

4) This case was originally filed under chapter 7 on 02/14/2015. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/08/2016          By:/s/Miriam R. Stein
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| E. YEAMANS AB419 OAP RANCH ROAD TEXAS | 1110-000 | 220,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$220,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 24696 Columbus, OH 43224-0696 | | 131,665.00 | NA | NA | 0.00 |
| | Tcf Mortgage Corporati Attn: Legal Dept 801 Marquette Ave Minneapolis, MN 55402 | | 79,521.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 211,186.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | 2100-000 | NA | 14,250.00 | 14,250.00 | 14,250.00 |
| United States Bankruptcy Court | 2100-000 | NA | 392.65 | 392.65 | 392.65 |
| Bay City Abstract & Title Co. | 2500-000 | NA | 1,835.00 | 1,835.00 | 1,835.00 |
| Associated Bank | 2600-000 | NA | 843.13 | 843.13 | 843.13 |
| U.S. Treasury | 2810-000 | NA | 15,484.00 | 15,484.00 | 15,484.00 |
| Bay City Abstract & Title Co. | 2820-000 | NA | 388.60 | 388.60 | 388.60 |
| Illinois Department of Revenue | 2820-000 | NA | 7,152.00 | 7,152.00 | 7,152.00 |
| Law Offices of William J. Factor Ltd. | 3210-000 | NA | 16,842.00 | 16,842.00 | 16,842.00 |
| Law Offices of William J. Factor Ltd. | 3220-000 | NA | 199.40 | 199.40 | 199.40 |
| Alan D. Lasko & Associates P. C. | 3410-000 | NA | 2,930.50 | 2,930.50 | 2,930.50 |
| Alan D. Lasko & Associates P. C. | 3420-000 | NA | 20.84 | 20.84 | 20.84 |
| Bay city Abstract and Title Company | 3510-000 | NA | 22,000.00 | 22,000.00 | 22,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 82,338.12 | $ 82,338.12 | $ 82,338.12 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Internal Revenue Service 14479 John Humphrey Drive Orland Park, IL 60462 |  | 23,800.00 | NA | NA | 0.00 |
| 13 | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE | 5800-000 | NA | 56,086.69 | 56,086.69 | 56,086.69 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 23,800.00 | $ 56,086.69 | $ 56,086.69 | $ 56,086.69 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 1st Merchant Funding 10800 Biscayne Blvd, Penthouse Miami, FL 33161 |  | 42,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | African American Expressions 10266 Rockingham Drive Sacramento, CA 95827 | | 1,112.00 | NA | NA | 0.00 |
| | AT&T Attn: Bankruptcy Dept. PO Box 5080 Carol Stream, IL 60197 | | 796.46 | NA | NA | 0.00 |
| | Bank Of America P.O. Box 15796 Attention: Bankrukptcy Department Wilmington, DE 19886 | | 8,429.00 | NA | NA | 0.00 |
| | Bank Of America P.O. Box 15796 Attention: Bankrukptcy Department Wilmington, DE 19886 | | 17,689.00 | NA | NA | 0.00 |
| | Bank Of America P.O. Box 15796 Attention: Bankrukptcy Department Wilmington, DE 19886 | | 1,070.00 | NA | NA | 0.00 |
| | Barbour Publishing, Inc. P.O. Box 719 Uhrichsville, OH 44683 | | 1,081.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware Attn: Bankruptcy P.O. Box 8801 Wilmington, DE 19899 | | 4,997.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital 1 Bank Attn: General Correspondence Po Box 30285 Salt Lake City, UT 84130 | | 20,136.00 | NA | NA | 0.00 |
| | Chase Bank Usa, Na Po Box 15298 Wilmington, DE 19850 | | 16,254.00 | NA | NA | 0.00 |
| | Chase Bank Usa, Na Po Box 15298 Wilmington, DE 19850 | | 17,797.00 | NA | NA | 0.00 |
| | Chase Bank Usa, Na Po Box 15298 Wilmington, DE 19850 | | 14,169.00 | NA | NA | 0.00 |
| | Chase P.O. Box 15123 Wilmington, DE 19850 | | 8,035.00 | NA | NA | 0.00 |
| | Colors By Design 2029 Verdugo Blvd., #723 Montrose, CA 91020 | | 500.00 | NA | NA | 0.00 |
| | Crown Mac | | 0.00 | NA | NA | 0.00 |
| | D & D Distributing 14615 C Street S Tacoma, WA 98444 | | 187.00 | NA | NA | 0.00 |
| | Dearfoams 13405 Yarmouth Drive Pickerington, OH 43147 | | 850.00 | NA | NA | 0.00 |
| | Dearfoams 13405 Yarmouth Drive Pickerington, OH 43147 | | 558.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JP Morgan Chase Bank 712 Main St., #7F Houston, TX 77002 | | 160,000.00 | NA | NA | 0.00 |
| | JP Morgan Chase Bank 712 Main St., #7F Houston, TX 77002 | | 130,987.00 | NA | NA | 0.00 |
| | JTRS Wholesale 3965 Park Ave., #400 Saint Louis, MO 63110 | | 306.00 | NA | NA | 0.00 |
| | Melissa & Doug, LLC P.O. Box590 Westport, CT 06881 | | 4,746.00 | NA | NA | 0.00 |
| | Precious Moments, Inc. P.O. Box 843205 Kansas City, MO 64184 | | 7,384.00 | NA | NA | 0.00 |
| | Roman, Inc. 472 Brighton Drive Bloomingdale, IL 60108 | | 500.00 | NA | NA | 0.00 |
| | Shell Oil / Citibank Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 1,516.00 | NA | NA | 0.00 |
| | Staples P.O. Box 689020 Des Moines, IA 50368 | | 1,022.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Hartford 77 Hartland St., #401 East Hartford, CT 06128 | | 2,360.00 | NA | NA | 0.00 |
| 5 | AIMIA PROPERTY LOYALTY | 7100-000 | 1,583.00 | 1,583.32 | 1,583.32 | 0.00 |
| 10 | AMERICAN EXPRESS BANK | 7100-000 | 10,305.78 | 10,931.27 | 10,931.27 | 2,710.86 |
| 15 | AMERICAN EXPRESS BANK | 7100-000 | 8,598.42 | 8,646.51 | 8,646.51 | 2,144.26 |
| 9 | AMERICAN EXPRESS BANK | 7100-000 | 22,563.70 | 24,259.04 | 24,259.04 | 6,016.03 |
| 11 | CAPITAL ONE | 7100-000 | 7,077.00 | 242.20 | 242.20 | 60.06 |
| 7 | CAPITAL ONE BANK USA, N.A. | 7100-000 | 231.00 | 8,502.44 | 8,502.44 | 2,108.53 |
| 8 | CAPITAL ONE BANK USA, N.A. | 7100-000 | 703.00 | 720.60 | 720.60 | 178.70 |
| 17 | Capital Recovery V, Llc | 7100-000 | 7,990.00 | 9,037.91 | 9,037.91 | 2,241.32 |
| 14 | CAVALRY SPV I, LLC | 7100-000 | 3,066.00 | 3,482.99 | 3,482.99 | 863.75 |
| 18 | CITIBANK, N.A. | 7100-000 | 18,326.00 | 21,005.70 | 21,005.70 | 5,209.24 |
| 13U | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE | 7100-000 | NA | 2,276.00 | 2,276.00 | 564.43 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 13,589.00 | 11,457.16 | 11,457.16 | 2,841.28 |
| 2 | DISCOVER BANK | 7100-000 | 10,779.00 | 14,756.55 | 14,756.55 | 3,659.50 |
| 16 | ENESCO, LLC | 7100-000 | 1,197.00 | 1,214.84 | 1,214.84 | 301.27 |
| 4 | First National Bank Of Omaha | 7100-000 | 10,987.00 | 11,192.69 | 11,192.69 | 2,775.69 |
| 12 | FW IL-STONEBROOK PLAZA, LLC C/O | 7100-000 | NA | 175,629.89 | 175,629.89 | 43,554.70 |
| 3 | PYOD LLC | 7100-000 | 17,787.00 | 19,773.40 | 19,773.40 | 4,903.63 |
| 19 | SYNCHRONY BANK | 7100-000 | 1,393.00 | 2,194.91 | 2,194.91 | 544.33 |
| 6 | WELLS FARGO BANK N.A. | 7100-000 | 4,594.00 | 3,619.52 | 3,619.52 | 897.61 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 605,251.36 | $ 330,526.94 | $ 330,526.94 | $ 81,575.19 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-04924 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | Miriam R. Stein |
| Case Name: | MELVIN H SCHROEDER | | | | Date Filed (f) or Converted (c): | 02/14/2015 (f) |
| | KAREN B SCHROEDER | | | | 341(a) Meeting Date: | 03/18/2015 |
| For Period Ending: | 08/08/2016 | | | | Claims Bar Date: | 09/09/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4137 W. 100TH STREET OAK LAWN, IL  60453 | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. E. YEAMANS AB419 OAP RANCH ROAD TEXAS | 50,000.00 | 50,000.00 | | 220,000.00 | FA |
| 3. CASH | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT AT FIRST MIDWEST BANK | 522.63 | 522.63 | | 0.00 | FA |
| 5. SAVINGS ACCOUNT AT TCF BANK | 125.00 | 0.00 | | 0.00 | FA |
| 6. USED KITCHEN, LIVING ROOM, AND BEDROOM FURNITURE | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. USED KITCHEN APPLIANCES | 800.00 | 0.00 | | 0.00 | FA |
| 8. USED MENS AND WOMENS CLOTHING | 400.00 | 0.00 | | 0.00 | FA |
| 9. USED WEDDING BANDS | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. 40 YEAR OLD KONICA CAMERA AND LENSES | 50.00 | 0.00 | | 0.00 | FA |
| 11. LIFE INSURANCE POLICY IN THE NAME OF KAREN SCHRODER -- HUSBA | 1,066.70 | 0.00 | | 0.00 | FA |
| 12. 1000 SHARES OF KAREN'S, INC. -- FORMER BUSINESS OF DEBTOR'S; | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2001 CHEVROLET SILVERADO PICKUP TRUCK | 3,000.00 | 0.00 | | 0.00 | FA |
| 14. 2005 CHEVROLET EQUINOX | 4,000.00 | 0.00 | | 0.00 | FA |
| 15. USED OFFICE EQUIPMENT FROM KAREN'S HALLMARK, INC. | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $264,464.33 | $50,522.63 | | $220,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

4/12/16 update - TFR approved and checks issued on 4/6/16.
7/3/16 update - check o/s for $392.65.

Exhibit 8

Initial Projected Date of Final Report (TFR): 05/31/2016      Current Projected Date of Final Report (TFR): 05/31/2016

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-04924 | Trustee Name: Miriam R. Stein |
| Case Name: MELVIN H SCHROEDER | Bank Name: Associated Bank |
| KAREN B SCHROEDER | Account Number/CD#: XXXXXX8697 |
| | Checking |
| Taxpayer ID No: XX-XXX3463 | Blanket Bond (per case limit): |
| For Period Ending: 08/08/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/25/15 | | Bay city Abstract and Title Company<br>2021 Avenue G<br>Bay city, TX 77414 | Sale of real estate | | $195,776.40 | | $195,776.40 |
| | | | Gross Receipts $220,000.00 | | | | |
| | | | Brokers Commission ($22,000.00) | 3510-000 | | | |
| | | Bay City Abstract & Title Co. | Real Estate Taxes ($388.60) | 2820-000 | | | |
| | | Bay City Abstract & Title Co.<br>2021 Avenue G<br>bay City, TX 77414 | Title Charges and Fees ($1,835.00) | 2500-000 | | | |
| | 2 | | E. YEAMANS AB419 OAP RANCH ROAD TEXAS $220,000.00 | 1110-000 | | | |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.16 | $195,748.24 |
| 10/29/15 | 101 | Law Offices of William J. Factor, Ltd.<br>Attn: Zane Zielinsky<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Professional Fees Approved by Court | | | $17,041.40 | $178,706.84 |
| | | Law Offices of William J. Factor Ltd. | ($16,842.00) | 3210-000 | | | |
| | | Law Offices of William J. Factor Ltd. | ($199.40) | 3220-000 | | | |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $290.95 | $178,415.89 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $259.15 | $178,156.74 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $264.87 | $177,891.87 |

| | | | | Page Subtotals: | $195,776.40 | $17,884.53 | |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-04924　　　　　　　　　　　　　　　　　　　　　　　　Trustee Name: Miriam R. Stein
Case Name: MELVIN H SCHROEDER　　　　　　　　　　　　　　　　Bank Name: Associated Bank
　　　　　　　KAREN B SCHROEDER　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX8697
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Checking
Taxpayer ID No: XX-XXX3463　　　　　　　　　　　　　　　　　　　Blanket Bond (per case limit):
For Period Ending: 08/08/2016　　　　　　　　　　　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/01/16 | 102 | U.S. Treasury<br>Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | Capital Gains Tax<br>Note - issues with system.<br>Needed to re-boot and attempt<br>to print several times before<br>successful. | 2810-000 | | $15,484.00 | $162,407.87 |
| 02/01/16 | 103 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, IL 62794-9053 | Capital Gains Tax<br>Note - issues with system.<br>Needed to re-boot and attempt<br>to print several times before<br>successful. | 2820-000 | | $7,152.00 | $155,255.87 |
| 04/07/16 | 104 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. Reversal Separating trustee compensation into 2 checks. | 2100-000 | | ($14,250.00) | $169,505.87 |
| 04/07/16 | 106 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Distribution Reversal | | | ($56,651.12) | $226,156.99 |
| | | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE | Final distribution to claim 13　$56,086.69<br>representing a payment of<br>100.00 % per court order. | 5800-000 | | | |
| | | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE | Final distribution to claim 13　$564.43<br>representing a payment of<br>24.80 % per court order. | 7100-000 | | | |
| 04/07/16 | 104 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $14,250.00 | $211,906.99 |
| 04/07/16 | 105 | Alan D. Lasko & Associates P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Distribution | | | $2,951.34 | $208,955.65 |
| | | Alan D. Lasko & Associates P. C. | Final distribution representing a　($2,930.50)<br>payment of 100.00 % per court<br>order. | 3410-000 | | | |
| | | Alan D. Lasko & Associates P. C. | Final distribution representing a　($20.84)<br>payment of 100.00 % per court<br>order. | 3420-000 | | | |
| | | | Page Subtotals: | | $0.00 | ($31,063.78) | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 15-04924 |
| Case Name: | MELVIN H SCHROEDER |
| | KAREN B SCHROEDER |
| Taxpayer ID No: | XX-XXX3463 |
| For Period Ending: | 08/08/2016 |

| | |
|---|---|
| Trustee Name: | Miriam R. Stein |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX8697 |
| | Checking |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 | 106 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Distribution | | | $56,651.12 | $152,304.53 |
| | | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE | Final distribution to claim 13 ($56,086.69)<br>representing a payment of<br>100.00 % per court order. | 5800-000 | | | |
| | | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE | Final distribution to claim 13 ($564.43)<br>representing a payment of<br>24.80 % per court order. | 7100-000 | | | |
| 04/07/16 | 107 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Distribution | | | $6,500.78 | $145,803.75 |
| | | DISCOVER BANK | Final distribution to claim 1 ($2,841.28)<br>representing a payment of<br>24.80 % per court order. | 7100-000 | | | |
| | | DISCOVER BANK | Final distribution to claim 2 ($3,659.50)<br>representing a payment of<br>24.80 % per court order. | 7100-000 | | | |
| 04/07/16 | 108 | PYOD LLC<br>as assignee of<br>Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 3<br>representing a payment of<br>24.80 % per court order. | 7100-000 | | $4,903.63 | $140,900.12 |
| 04/07/16 | 109 | First National Bank Of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Final distribution to claim 4<br>representing a payment of<br>24.80 % per court order. | 7100-000 | | $2,775.69 | $138,124.43 |
| 04/07/16 | 110 | AIMIA PROPERTY LOYALTY<br>C/O ROSMAN ADJUSTMENT<br>POB 1241<br>NORTH BROOK, IL 60065 | Final distribution to claim 5<br>representing a payment of<br>24.80 % per court order. | 7100-000 | | $392.65 | $137,731.78 |
| 04/07/16 | 111 | WELLS FARGO BANK N.A.<br>WELLS FARGO BANK, N.A.<br>PO BOX 10438<br>DES MOINES, IA 50306-0438 | Final distribution to claim 6<br>representing a payment of<br>24.80 % per court order. | 7100-000 | | $897.61 | $136,834.17 |
| | | | Page Subtotals: | | $0.00 | $72,121.48 | |

UST Form 101-7-TDR (10/1/2010) (Page: 15)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-04924 | Trustee Name: Miriam R. Stein |
| Case Name: MELVIN H SCHROEDER | Bank Name: Associated Bank |
| KAREN B SCHROEDER | Account Number/CD#: XXXXXX8697 |
| | Checking |
| Taxpayer ID No: XX-XXX3463 | Blanket Bond (per case limit): |
| For Period Ending: 08/08/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 | 112 | CAPITAL ONE BANK USA, N.A.<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Distribution | | | $2,287.23 | $134,546.94 |
| | | CAPITAL ONE BANK USA, N.A. | Final distribution to claim 7 ($2,108.53) representing a payment of 24.80 % per court order. | 7100-000 | | | |
| | | CAPITAL ONE BANK USA, N.A. | Final distribution to claim 8 ($178.70) representing a payment of 24.80 % per court order. | 7100-000 | | | |
| 04/07/16 | 113 | AMERICAN EXPRESS BANK<br>AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Distribution | | | $10,871.15 | $123,675.79 |
| | | AMERICAN EXPRESS BANK | Final distribution to claim 9 ($6,016.03) representing a payment of 24.80 % per court order. | 7100-000 | | | |
| | | AMERICAN EXPRESS BANK | Final distribution to claim 10 ($2,710.86) representing a payment of 24.80 % per court order. | 7100-000 | | | |
| | | AMERICAN EXPRESS BANK | Final distribution to claim 15 ($2,144.26) representing a payment of 24.80 % per court order. | 7100-000 | | | |
| 04/07/16 | 114 | CAPITAL ONE<br>Capital One, N.A.<br>c/o Becket And Lee LLP<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 11 representing a payment of 24.80 % per court order. | 7100-000 | | $60.06 | $123,615.73 |
| 04/07/16 | 115 | FW IL-STONEBROOK PLAZA, LLC C/O REGENCY CENTERS, L.P.<br>ONE INDEPENDENT DRIVE, SUITE 114<br>JACKSONVILLE, FLORIDA 32202 | Final distribution to claim 12 representing a payment of 24.80 % per court order. | 7100-000 | | $43,554.70 | $80,061.03 |
| 04/07/16 | 116 | CAVALRY SPV I, LLC<br>ASSIGNEE OF CAPITAL ONE, N.A.<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712 | Final distribution to claim 14 representing a payment of 24.80 % per court order. | 7100-000 | | $863.75 | $79,197.28 |

| | | | Page Subtotals: | | $0.00 | $57,636.89 | |

UST Form 101-7-TDR (10/1/2010) (Page: 16)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-04924 | Trustee Name: | Miriam R. Stein |
| --- | --- | --- | --- |
| Case Name: | MELVIN H SCHROEDER | Bank Name: | Associated Bank |
|  | KAREN B SCHROEDER | Account Number/CD#: | XXXXXX8697 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX3463 | Blanket Bond (per case limit): |  |
| For Period Ending: | 08/08/2016 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 | 117 | ENESCO, LLC<br>225 WINDSOR DRIVE<br>ITASCA, IL 60143 | Final distribution to claim 16 representing a payment of 24.80 % per court order. | 7100-000 |  | $301.27 | $78,896.01 |
| 04/07/16 | 118 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 17 representing a payment of 24.80 % per court order. | 7100-000 |  | $2,241.32 | $76,654.69 |
| 04/07/16 | 119 | CITIBANK, N.A.<br>C/O AMERICAN INFOSOURCE LP<br>PO BOX 248840<br>OKLAHOMA CITY, OK 73124-8840 | Final distribution to claim 18 representing a payment of 24.80 % per court order. Needed to reprint. First check printed on regular paper instead of check stock my mistake. | 7100-000 |  | $5,209.24 | $71,445.45 |
| 04/07/16 | 120 | SYNCHRONY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605 | Final distribution to claim 19 representing a payment of 24.80 % per court order. | 7100-000 |  | $544.33 | $70,901.12 |
| 04/07/16 | 121 | Miriam Stein<br>30 S. Wacker Drive, 26th Floor<br>Chicago, IL 60606 | Trustee Compensation | 2100-000 |  | $3,500.00 | $67,401.12 |
| 04/07/16 | 122 | Miriam Stein<br>30 S. Wacker Drive, 26th Floor<br>Chicago, IL 60606 | Trustee Compensation | 2100-000 |  | $10,750.00 | $56,651.12 |
| 04/07/16 | 123 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Distribution<br>Stop payment was put on prior Check No. 106. Check appeared to have printed, but was not part of check run when checks were distributed. To be cautious, prior check was stopped and reissued. |  |  | $56,651.12 | $0.00 |
|  |  | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE |  | ($56,086.69) | 5800-000 |  |  |
|  |  | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE |  | ($564.43) | 7100-000 |  |  |

Page Subtotals: $0.00 $79,197.28

UST Form 101-7-TDR (10/1/2010) (Page: 17)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-04924 | Trustee Name: Miriam R. Stein |
| Case Name: MELVIN H SCHROEDER<br>KAREN B SCHROEDER | Bank Name: Associated Bank<br>Account Number/CD#: XXXXXX8697<br>Checking |
| Taxpayer ID No: XX-XXX3463 | Blanket Bond (per case limit): |
| For Period Ending: 08/08/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/27/16 | 110 | AIMIA PROPERTY LOYALTY<br>C/O ROSMAN ADJUSTMENT<br>POB 1241<br>NORTH BROOK, IL 60065 | Final distribution to claim 5 representing a payment of 24.80 % per court order.<br>Reversal<br>Check stale - never posted as of 7/27/16. | 7100-000 | | ($392.65) | $392.65 |
| 07/27/16 | 124 | United States Bankruptcy Court<br>Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn Street, Room 742<br>Chicago, IL 60604 | Unclaimed Funds<br>Amia Property Loyalty - unclaimed funds $392.65 | 2100-000 | | $392.65 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $195,776.40 | $195,776.40 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $195,776.40 | $195,776.40 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $195,776.40 | $195,776.40 |

Page Subtotals: $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8697 - Checking | $195,776.40 | $195,776.40 | $0.00 |
|  | $195,776.40 | $195,776.40 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $24,223.60 |
| Total Net Deposits: | $195,776.40 |
| Total Gross Receipts: | $220,000.00 |

Page Subtotals:    $0.00    $0.00